_____

No. 96-2157
_____

Richard W. Langhans,                    *
                                        *
        Appellant,                      *
                                        *
    v.                                  *
                                        *
Edgar G. Boedeker, Successor            *    Appeal from the United States
Trustee; Eileen Meurer, Loan            *    District Court for the
Officer; United States of               *    Eastern District of Missouri.
America; Veterans Administration;*            [UNPUBLISHED]
Bobbie Brown, Supervisor of             *
Veterans Administration Loans;          *
George W. Marvin, Chief of              *
Property Management,                     *
                                        *
        Appellees.                      *

                              _____

            Submitted:  December 30, 1996

                Filed:  January 3, 1997
                              _____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
                              _____

PER CURIAM.

        Richard W. Langhans appeals from the district court's[1] order
dismissing his complaint for lack of subject matter jurisdiction,
in part, and for failure to state a claim, in part.  As we conclude
that the district court correctly applied well-settled principles
of law, an opinion would lack precedential value.  The judgment is
affirmed.  See 8th Cir. R. 47B.

    A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

        [1]The Honorable George F. Gunn, Jr., United States District
Judge for the Eastern District of Missouri.